# The Schwarz Firm PLLC

Attorney at Law
954 Lexington Ave., No. 261
New York, New York 10021-5013

Simon Schwarz, Esq.
Email: sschwarz@justice.com        Tel.: 347-852-3514

December 10, 2018

**Via ECF**

Hon. Allison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: *Lewis Family Group Fund LP, et al. v. JS Barkats PLLC et al.*, **Case No. 16-cv-5255 (AJN)(JLC)**

Dear Judge Nathan:

    I represent the Plaintiffs, Lewis Family Group Fund LP f/k/a Lewis Family Investments Fund LP, LF Fund GP LLC, and Kelly Ann Lewis, in the above-captioned matter. On November 21, 2018, the Court entered an Order (**Dock. No. 199**) extending an already granted stay of this action dated Nov. 5, 2011 (**Dock. No. 196**), based on an emergency letter motion by the Barkats Defendants on Nov. 2, 2018 (**Dock. No. 195**) to which Plaintiffs did not have an opportunity to respond, for two additional weeks. The Court also ordered the Barkats Defendants to "file a status update with this Court on or before December 4, 2018" which provided a factual and legal basis for their requested relief. (**Dock. No. 199**). The Order also gave Plaintiffs to file "any response by December 6, 2018" (*id*.) The Court did not give the Barkats Defendants permission to file a so-called "Reply" by way of another detailed letter from Attorney Wolk (**Dock. No. 202**) replete with new arguments. Therefore, Plaintiffs respectfully request that the Barkats Defendants' improper Reply be either stricken from the record or Plaintiffs be given an opportunity to respond to the multiple mischaracterization of new facts contained therein.

                                          Respectfully,

                                          Simon Schwarz, Esq.

1