UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Lewis Family Group Fund LP f/k/a Lewis Family
Investments Fund LP, LF Fund GP LLC, and
Kelly Ann Lewis,

         Plaintiffs,

—v—

JS Barkats PLLC *et al.*,

         Defendants.

16-CV-5255 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 15, 2019, the Court scheduled a status conference in this matter concerning a trial schedule and defense counsel Michael Wolk's letter request to withdraw from his representation of the Barkats Defendants. Dkt. No. 208. No party made a timely appearance at the conference. Defense counsel informed Chambers that he was stuck in traffic and Plaintiffs' counsel provided no advance notice of his delay. By January 28, 2019, each party shall submit a letter to the Court explaining the reasons for its nonappearance at the conference.

    In addition, if Mr. Wolk seeks to withdraw from his representation of the Barkats Defendants, he shall submit an application that complies with Local Rule 1.4, including filing an affidavit of service of his application to withdraw upon his client. Such motion must be filed by January 30, 2019.

    SO ORDERED.

Dated: January 24, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge