UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/21
```

Lewis Family Group Fund LP, et al.,

                Plaintiffs,

      –v–

JS Barkats PLLC, et al.,

                Defendants.

16-cv-5255 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court on September 23, 2021, awarded Plaintiffs "$405,000 in RICO treble damages, as well as prejudgment interest on that award . . . at a rate of 9% per annum." Order at 2, Dkt. No. 291 (quoting R&R at 43, Dkt. No. 285). As Judge Cott explained, of that $405,000 award, $90,000 accrues interest "from September 1, 2015, until the day of judgment"; $15,000 accrues interest "from January 7, 2015, until the day of judgment"; and $300,000 accrues interest "from May 28, 2015, until the day of judgment"; all at the rate of 9% per annum. R&R at 38–39. Post-judgment interest is "mandatory" at the rate specified in 28 U.S.C. § 1961(a). *Lewis v. Whelan*, 99 F.3d 542, 545 (2d Cir. 1996).

      SO ORDERED.

Dated: September 23, 2021
      New York, New York

                                       ALISON J. NATHAN
                                       United States District Judge

1