**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Lewis Family Group Fund LP, et al.,

                      Plaintiffs,

                                                           16 **CIVIL** 5255 (AJN)

           -against-                         **DEFAULT JUDGMENT**

JS Barkats PLLC, et al.,

                      Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Opinion and Order dated September 23, 2021, and Order dated September 23, 2021, the Court adopts the report and recommendations in full as the opinion of the Court. Accordingly, Plaintiffs' motion for default judgment is GRANTED. The Court hereby awards Plaintiffs: $405,000 in RICO treble damages, as well as prejudgment interest on that award (as a result of the common law fraud claims) at a rate of 9% per annum; as Judge Cott explained (R&R at 43, Dkt. 285, of that $405,000 award, $90,000 accrues interest from September 1, 20215, until the day of judgment in the amount of $49,154.79; $15,000 accrues interest from January 7, 2015, until the day of judgment in the amount of $9,069.04; and $300,000 accrues interest from May 28, 2015 until the date of judgment in the amount of $170,950.68, all at a rate of 9 percent per annum, and $164,541.65 in compensatory damages on their negligent infliction of emotional distress claim against the Barkats Defendants jointly and severally for a total sum of $798,716.16, and the case is closed.

**DATED**: New York, New York
September 24, 2021

                                            **RUBY J. KRAJICK**

                                                **Clerk of Court**

                               **BY**: _____

                                                  **Deputy Clerk**